**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAUREAN JADE GRANDCHAMP,<br><br>Defendant. | CR-18-42-GF-BMM<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 27, 2024 (Doc. 46.) Taurean Grandchamp (Grandchamp) filed an objection on April 5, 2024. (Doc. 48.) The Court reviews de novo findings and recommendations to which a party objects. 28 U.S.C. § 636(b)(1).

Judge Johnston conducted a revocation hearing on March 26, 2024. (Doc.42.) The United States accused Grandchamp of violating her conditions of supervised release 1) by committing another crime; 2) by failing to notify her probation officer of a contact with law enforcement; 3) by failing to comply with her substance abuse testing requirements on two separate occasions; 4) by failing

to allow her probation officer to conduct a home visit; 5) by using methamphetamine on two separate occasions; and 6) by failing to report for substance abuse testing.  (Doc. 39.)

At the revocation Grandchamp admitted to having violated the conditions of his supervised release 1) by failing to notify her probation officer of a contact with law enforcement; 2) by failing to comply with her substance abuse testing requirements; 3) by failing to allow her probation officer to conduct a home visit; 4) by using methamphetamine on two separate occasions; and 5) by failing to report for substance abuse testing.  Judge Johnston dismissed alleged violations 1 and 3 on the government's motion.  (Doc. 42.)  Judge Johnston found the violations are serious and warrants revocation of Grandchamp's supervised release.  Judge Johnston recommended Grandchamp be incarcerated for 3 months, with 45 months of supervised release to follow. (Doc. 46.) Grandchamp was advised of her right to appeal and her right to allocute before the undersigned. (Doc. 42.)

Grandchamp  now opposes Judge Johnston's Findings and Recommendations, objecting to Judge Johnston's recommended sentence.  (Doc. 48.)

The Court has reviewed Judge Johnston's Findings and Recommendations as well as Grandchamp's objection.  The undersigned conducted a revocation

hearing on April 24, 2024. (Doc. 50.) Grandchamp and her attorney were allowed to allocute before the undersigned. (*Id.*) The Court has also considered the 18 U.S.C. § 3553(a) factors and agrees with Judge Johnston's Findings and Recommendations.

Grandchamp's violations of her conditions of supervised release represent a serious breach of the Court's trust. This violations prove serious. Judge Johnston has recommended that the Court revoke Grandchamp's supervised release and commit her to the custody of the Bureau of Prisons for 3 months. (Doc. 46.) Judge Johnston further recommended 45 months of supervised release to follow with the first 60 days of her supervised release spent in a secure inpatient drug treatment facility such as Connections Corrections. (*Id.*) Accordingly,

**IT IS HEREBY ORDERED** that Grandchamp's objection is denied in part. Judge Johnston's Findings and Recommendations, (Doc. 46) are ADOPTED IN PART.

**IT IS FURTHER ORDERED** that Defendant Taurean Jade Grandchamp be sentenced to the custody of the Bureau of Prisons for 3 months, with 28 months of supervised release to follow. Grandchamp shall serve the first 60 days of her supervised release in a secure inpatient drug treatment facility, such as Connections Corrections. On or after June 1, 2024, at such time a bed becomes

available to Grandchamp at a secure inpatient drug treatment facility, such as Connections Corrections, Grandchamp shall be transferred to said facility as soon as practicable.  Grandchamp's period of custody will immediately terminate upon Grandchamp's matriculation at a secure inpatient drug treatment facility, such as Connections Corrections.

      DATED this 24th day of April, 2024.

_____
Brian Morris, Chief District Judge
United States District Court